IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK A. MARTINEZ,           No. CIV S-09-0719-GEB-CMK

    Petitioner,

  vs.                          ORDER

MICHAEL D. McDONALD,

    Respondent.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of mandamus and/or mandate. Pending before the court is a motion for an extension of time (Doc. 6) to file objections to the court's April 2, 2009, findings and recommendations. Good cause appearing therefore, the request is granted. The parties may file objections within 30 days of the date of this order. The parties are reminded that failure to file objections within the specified time may waive the right to appeal any order adopting the findings and recommendations. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

    IT IS SO ORDERED.

DATED: May 6, 2009

                                                    _____
                                                    **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE

1